## Maliscent Hoyt
### *v.*
## Salmon W. Hoyt.

This decree unanimously affirmed, for the reasons given in the opinion of the chancellor, reported in 12 *C. E. Gr.* 339.